**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA** RECEIVED

2007 MAR 15  A 10: 51

DEBRA P. HACKETT, CLK
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT ALA

In re:

    **Bernice Gunn**
    **Plaintiff**

3:07 cv 233 - wkw

    **v.**                    **Adversary Proceeding No. 06-08049-WRS**

    **Title Max of Alabama, Inc.**
    **d/b/a Title Max of Alexander City #1**
    **Defendant**

### TRANSMITTAL OF APPEAL

      I do hereby certify that the documents herein comprise the items in the designation of contents related to the Notice of Appeal filed in the above referenced case.

**Transmittal Submitted On**:        **March 15, 2007**

**Notice of Appeal Filed**:          **February 23, 2007**


**Contents of Record**:
**Designated Items of Appellant(s)**:   **March 5, 2007**
**Designated Items of Appellee**:     **March 12 2007**

**Remarks**:
**Filing Fee Paid on February 27, 2007 : $255.00 Rec#2171989( AP docket #24)**


**PLEASE RETURN A "RECEIVED" STAMPED**
**COPY OF THIS SUBMISSION SHEET**


FROM:  /s/ Richard S. Oda, Clerk
      United States Bankruptcy Court

      Dianne M. Segrest
      Deputy Clerk

DISMISSED, APPEAL

*3:07 cv 233-WKW*

# U.S. Bankruptcy Court
## Middle District of Alabama (Opelika)
### Adversary Proceeding #: 06-08049

*Assigned to:* William R. Sawyer
*Related BK Case:* 06-80646
*Related BK Title:* Bernice Gunn
*Related BK Chapter:* 13
*Demand:* 0

*Nature[s] of Suit:*

02 Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)

435 Validity/Priority/Extent Lien

*Date Filed:* 10/04/06
*Date Dismissed:* 02/15/07
*Date Reopened:* 02/15/07

## Plaintiff
------------------------

**Bernice Gunn**
P.O. Box 446
Goodwater, AL 35072
SSN: xxx-xx-7114

represented by **Harvey B. Campbell, Jr.**
Campbell & Campell, P.C.
P.O. Drawer 756
Talladega, AL 35161
256-761-1858
Fax : 256-362-5966
Email: hbcampbell@prodigy.net
*LEAD ATTORNEY*

V.

## Defendant
------------------------

**Title Max of Alabama, Inc. d/b/a Title Max of Alexander City #1**
3916-C Highway 280
Alexander City, AL 35010-3349

represented by **Eric N Durlacher**
Suite 1100, 171 Seventeenth Street, NW
Atlanta, GA 30363
*LEAD ATTORNEY*

**Jennifer A. Harris**
Burr & Forman, LLP
420 North 20th Street
Suite 3100
Birmingham, AL 35203
205-458-5414
Fax : 205-244-5756
Email: jharris@burr.com

**John O'Shea Sullivan**
Burr & Forman LLP
Suite 1100

171 Seventeenth Street, N.W.
Atlanta, GA 30363
404-685-4268
*LEAD ATTORNEY*

| Filing Date | # | Docket Text |
|---|---|---|
| 10/04/2006 | 1 | Adversary case 06-08049. (498 (Other Action), 435 (Validity/Priority/Extent Lien)): Complaint against Title Max of Alabama, Inc. d/b/a Title Max of Alexander City #1. -NO FEE DUE- Filed by Bernice Gunn. (Campbell, Harvey) Additional attachment(s) added on 10/5/2006 (DS, ). Modified - summons was submitted as page #1 of complaint/removed summons and attached as part 2 on 10/5/2006 (DS, ). (Entered: 10/04/2006) |
| 10/05/2006 | 2 | Summons Issued to Attorney for Plaintiff (Harvey B. Campbell, Jr.) to be served on Defendant Title Max of Alabama, Inc. d/b/a Title Max of Alexander City #1 Date Issued 10/5/2006, Answer Due 11/4/2006. Execution of Summons to be done by 10/16/2006. (DS, ) (Entered: 10/05/2006) |
| 10/06/2006 | 3 | Summons Service Executed on Title Max of Alabama, Inc. d/b/a Title Max of Alexander City #1 10/6/2006 . (RE: related document(s)2 Summons Issued, ). (Campbell, Harvey) (Entered: 10/06/2006) |
| 10/07/2006 | 4 | BNC Certificate of Service - See Image Attached - (RE: related document(s)2 Summons Issued, ). No. of Notices: 1. Service Date 10/07/2006. (Admin.) (Entered: 10/07/2006) |
| 10/16/2006 | 5 | NOTICE OF SUBMISSION ERROR - SHOULD HAVE BEEN FILED IN THE MAIN CASE FILE (CASE N0. 06-80646) Application to Employ Professional Person(s) Huel M. Love, Jr. as Attorney Filed by Harvey B. Campbell Jr. on behalf of Bernice Gunn. (Campbell, Harvey) Modified text on 10/19/2006 (CO, ). (Entered: 10/16/2006) |
| 10/19/2006 | 6 | Notice of Submission Error *Application to Employ Huel M. Love, Jr. was filed in wrong case number* (Non-Image Entry) Filed by Harvey B. Campbell Jr. on behalf of Bernice Gunn. (Campbell, Harvey) (Entered: 10/19/2006) |
| 11/03/2006 | 7 | Answer to Complaint Filed by Jennifer A. Harris on behalf of Title Max of Alabama, Inc. d/b/a Title Max of Alexander City #1. (Harris, Jennifer) (Entered: 11/03/2006) |
| 11/07/2006 | 8 | Order Setting Scheduling Conference Entered On 11/7/2006 (RE: related document(s)1 Complaint, filed by Plaintiff Bernice Gunn). |

| | | **Scheduling Conference set for 11/28/2006 at 09:00 AM at Telephone Hearing. Each party desiring to be heard MUST CALL conferencing services at least five minutes prior to the commencement of court. You will be asked to provide the name of the chairperson and the name of of the caller. The number is 1/800-347-3350. The chair person is William Livingston. (CO, ) (Entered: 11/07/2006)** |
|---|---|---|
| 11/13/2006 | 9 | Corporate Disclosure Statement Filed by Jennifer A. Harris on behalf of Title Max of Alabama, Inc. d/b/a Title Max of Alexander City #1. (Harris, Jennifer) (Entered: 11/13/2006) |
| 11/13/2006 | 10 | Motion to Appear pro hac vice *John O'Shea Sullivan* Filed by Jennifer A. Harris on behalf of Title Max of Alabama, Inc. d/b/a Title Max of Alexander City #1. (Attachments: # 1 Certificate of Good Standing) (Harris, Jennifer) (Entered: 11/13/2006) |
| 11/13/2006 | 11 | Motion to Appear pro hac vice *Erich N. Durlacher* Filed by Jennifer A. Harris on behalf of Title Max of Alabama, Inc. d/b/a Title Max of Alexander City #1. (Attachments: # 1 Certificate of Good Standing) (Harris, Jennifer) (Entered: 11/13/2006) |
| 11/17/2006 | 12 | Motion to Dismiss Adversary Proceeding Filed by Jennifer A. Harris on behalf of Title Max of Alabama, Inc. d/b/a Title Max of Alexander City #1. (Harris, Jennifer) (Entered: 11/17/2006) |
| 11/17/2006 | 13 | Brief *Memorandum in Support of Motion to Dismiss* Filed by Jennifer A. Harris on behalf of Title Max of Alabama, Inc. d/b/a Title Max of Alexander City #1 (RE: related document(s)12 Motion to Dismiss Adversary Proceeding filed by Defendant Title Max of Alabama, Inc. d/b/a Title Max of Alexander City #1). (Harris, Jennifer) (Entered: 11/17/2006) |
| 12/07/2006 | 14 | Response to *Defendant's Motion to Dismiss* Filed by Harvey B. Campbell Jr. on behalf of Bernice Gunn (RE: related document(s)12 Motion to Dismiss Adversary Proceeding filed by Defendant Title Max of Alabama, Inc. d/b/a Title Max of Alexander City #1). (Campbell, Harvey) (Entered: 12/07/2006) |
| 12/07/2006 | 15 | Certificate of Service *for Brief in Opposition to Defendant's Motion to Dismiss* Filed by Harvey B. Campbell Jr. on behalf of Bernice Gunn. (Campbell, Harvey) (Entered: 12/07/2006) |
| 12/21/2006 | 16 | Reply to *Reply Memorandum in Support of Motion to Dismiss* Filed by Jennifer A. Harris on behalf of Title Max of Alabama, Inc. d/b/a Title Max of Alexander City #1 (RE: related document(s)12 Motion to Dismiss Adversary Proceeding filed by Defendant Title Max of Alabama, Inc. d/b/a Title Max of Alexander City #1). (Harris, |

| | | Jennifer) (Entered: 12/21/2006) |
|---|---|---|
| 01/24/2007 | 17 | Order Granting Motion To Appear pro hac vice (Related Doc # 10-Motion to Appear pro hac vice John O'Shea Sullivan Filed by Jennifer A. Harris on behalf of Title Max of Alabama, Inc. d/b/a Title Max of Alexander City #1.), Granting Motion To Appear pro hac vice (Related Doc # 11- Motion to Appear pro hac vice Erich N. Durlacher Filed by Jennifer A. Harris on behalf of Title Max of Alabama, Inc. d/b/a Title Max of Alexander City #1) Entered On 1/24/2007. (CO, ) (Entered: 01/24/2007) |
| 01/26/2007 | 18 | Supplemental Brief *in Opposition of Defendant's Mot. to Dismiss* Filed by Harvey B. Campbell Jr. on behalf of Bernice Gunn. (Campbell, Harvey) (Entered: 01/26/2007) |
| 01/26/2007 | 19 | BNC Certificate of Service - See Image Attached - (RE: related document(s)17 Order on Motion to Appear pro hac vice, , , ). No. of Notices: 2. Service Date 01/26/2007. (Admin.) (Entered: 01/27/2007) |
| 02/13/2007 | 20 | Notice *of Intent to File Response to Plaintiff's Surreply in Opposition to Defendant's Motion to Dismiss and Request to Defer Ruling on Motion to Dismiss* Filed by Jennifer A. Harris on behalf of Title Max of Alabama, Inc. d/b/a Title Max of Alexander City #1. (Harris, Jennifer) (Entered: 02/13/2007) |
| 02/15/2007 | 21 | Order of Dismissal (DISMISSED WITH PREJUDICE) Entered On 2/15/2007 (RE: related document(s)12 Motion to Dismiss Adversary Proceeding filed by Defendant Title Max of Alabama, Inc. d/b/a Title Max of Alexander City #1). (CO, ) (Entered: 02/15/2007) |
| 02/15/2007 | | Adversary Case Closed (AP# 06-8049) (Non-Image Entry). (CO, ) (Entered: 02/15/2007) |
| 02/17/2007 | 22 | BNC Certificate of Service - See Image Attached - (RE: related document(s)21 Order Dismissing Case). No. of Notices: 1. Service Date 02/17/2007. (Admin.) (Entered: 02/17/2007) |
| 02/23/2007 | 23 | Notice of Appeal *of order dismissing adversary proceeding*. Fee Amount $255. Filed by Harvey B. Campbell Jr. on behalf of Bernice Gunn. Appellant Designation due by 3/5/2007. Transmission of Designation Due by 3/15/2007. (Campbell, Harvey) (Entered: 02/23/2007) |
| 02/27/2007 | 24 | Receipt of Notice of Appeal(06-08049) [appeal,ntcapl] ( 255.00) filing fee. Receipt number 2171989, amount $ 255.00. (U.S. Treasury) (Entered: 02/27/2007) |
| | | |

| 02/27/2007 | 25 | Notice Service of Notice of Appeal. Civil Action Number: (RE: related document(s)23 Notice of Appeal, filed by Plaintiff Bernice Gunn). (Attachments: # 1 Instructions for Appellant)(DS, ) (Entered: 02/27/2007) |
| --- | --- | --- |
| 03/05/2007 | 26 | NOTED SUBMISSION ERROR - INCORRECT DOCKET EVENT - SEE REL DOC #27 FOR CORRECT ENTRY Submission of Documents: *Record and Issues on Appeal* Filed by Harvey B. Campbell Jr. on behalf of Bernice Gunn. (Campbell, Harvey) Modified on 3/6/2007 (DS, ). (Entered: 03/05/2007) |
| 03/05/2007 | 27 | Appellant Designation of Record and Statement of Issues on Appeal, *(Record and Issues on Appeal)* Filed by Harvey B. Campbell Jr. on behalf of Bernice Gunn (RE: related document(s)23 Notice of Appeal, filed by Plaintiff Bernice Gunn). (DS, ) Modified - text to add Appellant and removed incorrect appellant deadline set in error (incorrect event used) on 3/13/2007 (DS, ). (Entered: 03/06/2007) |
| 03/12/2007 | 28 | Appellee Designation of Record and Statement of Issues on Appeal, Filed by Jennifer A. Harris on behalf of Title Max of Alabama, Inc. d/b/a Title Max of Alexander City #1 (RE: related document(s)23 Notice of Appeal, filed by Plaintiff Bernice Gunn, 27 Designation of Record and Statement of Issues on Appeal, filed by Plaintiff Bernice Gunn). (Harris, Jennifer) Modified text to add Appellee and removed Appellee and Appellant designation due dates (set in error - incorrect event used) on 3/13/2007 (DS, ). (Entered: 03/12/2007) |
| 03/15/2007 | 29 | Transmittal of Record on Appeal to U.S. District Court Filed by Harvey B. Campbell Jr. on behalf of Bernice Gunn (RE: related document(s)23 Notice of Appeal, filed by Plaintiff Bernice Gunn). (DS, ) (Entered: 03/15/2007) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| **Transaction Receipt** | | | |
| 03/15/2007 11:49:07 | | | |
| **PACER Login:** | us4894 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 06-08049 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

RECEIVED

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 BANKRUPTCY |
| BERNICE GUNN, | ) | CASE NO: 06-80646 |
| Debtor. | ) | |

2007 MAR 15  P 1: 46

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| BERNICE GUNN, | ) | ADVERSARY PROCEEDING |
| Plaintiff, | ) | AP NO: 06-08049 |
| | ) | |
| v. | ) | 3:07 cv 233 - WKW |
| | ) | |
| TITLEMAX OF ALABAMA, INC. d/b/a | ) | |
| TITLEMAX OF ALEXANDER CITY | ) | |
| # 1, | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

**COMES NOW,** the Plaintiff in the above-styled cause and appeals this Court's order dismissing this adversary proceeding dated February 14, 2007.

/s/ Harvey B. Campbell, Jr.
Harvey B. Campbell, Jr.
Attorney for Debtor/Plaintiff
CAMPBELL & CAMPBELL, P.C.
P.O. Drawer 756
Talladega, Al. 35161
(256) 761-1858

/s/ Huel M. Love Jr.
Attorney for Debtor/Plaintiff
P.O. Box 1079
Talladega, Al. 35161
(256) 362-3073

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the Plaintiff's foregoing instrument by mailing the same through the United States Postal Service, First Class Mail, Postage Pre-Paid and/or by electronic mail to the parties listed below on this the 23rd day of February, 2007:

AP ATC #23 SCANNED
3.15.07

Jennifer A. Harris
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203

John O'Shea Sullivan
Erich N. Durlacher
BURR & FORMAN LLP
Suite 1100, 171 Seventeenth Street, N.W.
Atlanta, Georgia 30363

/s/ Harvey B. Campbell, Jr.
Harvey B. Campbell, Jr.
Attorney for Debtor/Plaintiff
CAMPBELL & CAMPBELL, PC