IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

CASE NO.: 03:07-cv-00233 WKW

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 BANKRUPTCY |
| BERNICE GUNN, | ) | CASE NO: 06-80646 |
| Debtor. | ) | |

| | | |
|---|---|---|
| BERNICE GUNN, | ) | ADVERSARY PROCEEDING |
| Plaintiff, | ) | AP NO: 06-08049 |
| | ) | |
| v. | ) | |
| | ) | |
| TITLEMAX OF ALABAMA, INC. d/b/a | ) | |
| TITLEMAX OF ALEXANDER CITY | ) | |
| # 1, | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the Appellant's Brief by mailing a copy of the same through the United States Postal Service, First Class Mail, Postage Pre-Paid to the parties listed below on this the 29th day of March, 2007:

Jennifer A. Harris
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203

John O'Shea Sullivan
Erich N. Durlacher
BURR & FORMAN LLP
Suite 1100, 171 Seventeenth Street, N.W.
Atlanta, Georgia 30363

/s/ Harvey B. Campbell, Jr.
Harvey B. Campbell, Jr.
Attorney for Debtor/Plaintiff
CAMPBELL & CAMPBELL, PC
400 S. Court Square
Post Office Drawer 756
Talladega, AL  35161