UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **BERNICE GUNN**             ) | |
|                                               ) | |
|         Debtor,                        ) | |
|                                               ) | |
| **BERNICE GUNN,**             ) | |
|                                               ) | |
|         Appellant,                   ) | |
|                                               ) | **CIVIL ACTION** |
| v.                                          ) | **FILE NO.: 3:07-cv-00233-WKW** |
|                                               ) | |
| **TITLEMAX OF ALABAMA, INC.,** ) | |
| **d/b/a/ TITLEMAX OF ALEXANDER** ) | |
| **CITY #1,**                          ) | |
|                                               ) | |
|         Appellee.                      ) | |
|                                               ) | |

### CORPORATE OWNERSHIP STATEMENT OF TITLEMAX OF ALABAMA, INC. PURSUANT TO FED. R. APP. P. 26.1 AND FED. R. BANKR. P. 1007(a)(1) AND 7007.1

**COMES NOW** Defendant, TitleMax of Alabama, Inc., d/b/a TitleMax of Alexander City #1 ("TitleMax" or "Appellee"), by and through its undersigned counsel, and pursuant to Federal Rule of Appellate Procedure 26.1 and Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1(a), states as follows:  TitleMax of Alabama, Inc., an active participant in the proceedings, is a private company owned 100% by TitleMax Holdings, LLC.  The debtor in this bankruptcy case is Bernice Gunn, an individual who resides in Goldwater, Alabama.  No creditors committee has been appointed in this case.

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

234843

Respectfully submitted, this 6th day of April 2007.

                        BURR & FORMAN LLP

                          /s/ Jennifer A. Harris
                        Jennifer A. Harris
                        3100 Wachovia Tower
                        420 North 20th Street
                        Birmingham, Alabama 35203
                        (205) 251-3000 [dial]
                        (205) 458-5100 [telecopier]
                        jharris@burr.com

                              -and-

                        John O'Shea Sullivan
                        Erich N. Durlacher
                        BURR & FORMAN LLP
                        Suite 1100, 171 Seventeenth Street, N.W.
                        Atlanta, Georgia 30363
                        (404) 815-3000 [dial]
                        (404) 817-3244[telecopier]
                        edurlach@burr.com
                        shea.sullivan@burr.com

                        Attorneys for Appellee TitleMax of Alabama, Inc.

**CERTIFICATE OF SERVICE**

  I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 6th day of April, 2007:

Harvey B. Campbell, Jr.
CAMPBELL & CAMPBELL, P.C.
P.O. Drawer 756
Talladega, AL 35161

Huel M. Love, Jr.
P.O. Box 1079
Talladega, AL 35161

            /s/ Jennifer A. Harris
            Jennifer A. Harris

BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
(205) 251-3000 [dial]
(205) 458-5100 [telecopier]
jharris@burr.com

234843