IN UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| BERNICE GUNN, | ) | |
| | ) | |
| Appellant, | ) | Case No.  3:07-cv-00233-WKW |
| | ) | |
| | ) | On Appeal from Bankruptcy Court |
| v. | ) | |
| | ) | Bankruptcy Case No. 06-80646 |
| | ) | |
| TITLE MAX OF ALABAMA, INC., | ) | Adversary Proceeding No. 06-08049 |
| d/b/a TITLE MAX OF | ) | |
| ALEXANDER CITY # 1, | ) | |
| | ) | |
| Appellee. | ) | |

## **ORDER**

Upon consideration of the appellee's Motion for Leave to File Surreply Brief (Doc. # 10), it is ORDERED that the motion is GRANTED.

DONE this 11th day of May, 2007.

                                          /s/   W.  Keith Watkins
                                      UNITED STATES DISTRICT JUDGE