IN UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **BERNICE GUNN,** | ) | |
| | ) | |
| Appellant, | ) | Case No. 3:07-cv-00233-WKW |
| | ) | |
| | ) | On Appeal from Bankruptcy Court |
| v. | ) | |
| | ) | Bankruptcy Case No. 06-80646 |
| | ) | |
| **TITLE MAX OF ALABAMA, INC.,** | ) | Adversary Proceeding No. 06-08049 |
| **d/b/a TITLE MAX OF** | ) | |
| **ALEXANDER CITY # 1,** | ) | |
| | ) | |
| Appellee. | ) | |

## **ORDER**

Upon consideration of the appellant's Motion for Leave to File Response to Defendant's Surreply Brief (Doc. # 13), it is ORDERED that the motion is GRANTED.

DONE this 16th day of May, 2007.

                                                 /s/  W. Keith Watkins
                                                 UNITED STATES DISTRICT JUDGE