**\*\*SAMPLE NOTICE FORMAT\*\***

**Note:** When E-Filing this pleading, please enter a separate docket entry. The event entry is located on CM/ECF by clicking: **CIVIL > OTHER DOCUMENTS > CORPORATE DISCLOSURE STATEMENT**
A screen-fillable Adobe Acrobat PDF form, which can be saved and E-Filed, is available on-line; it is available at http://www.almd.uscourts.gov/docs/CONFLICT_DISCLOSURE_STATEMENT_FILLABLE.pdf

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

Bernice Gunn               )
                           )
        Plaintiff,         )
                           )
v.                         )   CASE NO. 3:07-cv-00233-WKW
                           )
TitleMax of AL, inc. dba,  )
TitleMax of Alexander City #1 )
        Defendants,        )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Bernice Gunn, a [**Plaintiff**/Defendant] in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Curtis Redding | Trustee in Plaintiff's CH 13 |
| Please See Attached | Creditors in Plaintiff's CH 13 |
| NO CREDITOR"S COMMITTEE | |

11/30/07
Date

Signature: /s/ [signature]
Counsel
Bernice Gunn, Plaintiff
Counsel for (print names of all parties)
P.O. Drawer 756, Talladega, AL 35161
Address, City, State Zip Code
(256) 761-1858
Telephone Number

Also requires a certificate of Service