## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

|  |  |  |
|---|---|---|
| **BERNICE GUNN,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:07-cv-00233-WKW** |
| | ) | |
| **TITLEMAX OF AL, INC. d/b/a** | ) | |
| **TITLEMAX OF ALEXANDER CITY #1,** | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

**COMES NOW**, the Plaintiff in the above-styled cause and does hereby certify that a copy of the Plaintiff's Conflict Disclosure Statement filed on November 30, 2007, was served on the parties listed below by mailing the same through the United States Postal Service, First Class Mail, Postage Pre-Paid on this the 30th day of November, 2007:

Jennifer A. Harris
3100 Wachovia Tower
420 North 20th Street
Birmingham, AL 35203

John O'Shea Sullivan & Erich N. Durlacher
BURR & FORMAN, LLP
171 Seventeenth Street, NW, Ste. 1100
Atlanta, GA 30363

Curtis C. Reding, Trustee
Post Office Box 173
Montgomery, AL 36101

Green Tree Finance - AL
800 Landmark Towers
345 St. Peter Street
St. Paul, MN 55102

Brookwood Medical Center
Central Financial Contro
P.O. Box 66040
Anaheim, CA 92816

Dish Network
CBE Group, Inc.
P.O. Box 2635
Waterloo, IA 50704

Capital One Bank
P.O. Box 85167
Richmond, VA 23285

Title Max
3916-C Highway 280
Alexander City, AL 35010

/s/ Harvey B. Campbell, Jr.

_____
Harvey B. Campbell, Jr.
Attorney for Plaintiff

CAMPBELL & CAMPBELL, P.C.
Post Office Drawer 756
400 S. Court Square
Talladega, AL 35161-0756
(256) 761-1858