IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| BERNICE GUNN | * |
| Debtor/Appellant | * |
| vs | * Case No. <u>3:07-cv-233-WKW</u> |
| TITLEMAX OF ALABAMA, INC. d/b/a TITLEMAX OF ALEXANDER CITY #1 | * |
| Creditor/Appellee | * |

| | |
|---|---|
| In re: | * |
| BERNICE GUNN Debtor(s) | * Chapter 13 Case No: <u>06-80646</u> |

| | |
|---|---|
| BERNICE GUNN Plaintiff | * |
| vs. | * AP No: <u>06-08049</u> |
| TITLEMAX OF ALABAMA, INC. d/b/a TITLEMAX OF ALEXANDER CITY #1 Defendant | * |

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

Comes now the Plaintiff/Appellant, Bernice Gunn, and hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Order of the United States District Court for the Middle District of Alabama which was entered on March 31, 2008, and which affirmed the judgment of the United States Bankruptcy Court for the Middle District of Alabama, dismissing the Debtor Appellant's claims against the Appellee under the Truth In Lending Act (15 U.S.C. §1601 et seq.) and dismissing the Debtor Appellant's claims against the Appellee to determine the validity of a lien under the Alabama Pawnshop Act, §5-19A-1, et seq.

The parties to the order appealed from, and the names and addresses of their respective attorneys are as follows:

**Bernice Gunn, Plaintiff/Appellant:**

Harvey B. Campbell Jr.,
Attorney for Plaintiff/Appellant
CAMPBELL & CAMPBELL PC
P.O. Drawer 756
Talladega, Al. 35161
(256) 761-1858

Huel M. Love Jr.
Attorney for Plaintiff/Appellant
P.O. Box 1079
Talladega, Al. 35161
(256) 362-3073

**Titlemax of Alabama Inc., Defendant/Appellee:**

Jennifer A Harris
Attorney for Defendant, Titlemax of Alabama Inc.
BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th St
Birmingham, Al. 35203
(205) 251-3000

John O'Shea Sullivan
Attorney for Defendant, Titlemax of Alabama Inc.
BURR & FORMAN LLP
Suite 1100, 171 Seventeenth St., N.W.
Atlanta, Ga. 30363
(404) 815-3000

Eric N. Durlacher
Attorney for Defendant, Titlemax of Alabama Inc.
BURR & FORMAN LLP
Suite 1100, 171 Seventeenth St., N.W.
Atlanta, Ga. 30363
(404) 815-3000

**DATED ON THIS THE 24th DAY OF APRIL, 2008.**

/s/   Harvey B. Campbell, Jr.
CAMPBELL & CAMPBELL, P.C.
Attorney for Appellant
P.O. Drawer 756
Talladega, Al. 35161
(256) 761-1858

/s/    Huel M. Love Jr.
Attorney for Appellant
P.O. Box 1079
Talladega, Al. 35161
(256) 362-2073

CERTIFICATE OF SERVICE

I hereby certify that on this the **24th day of April, 2008** I have served a copy of the foregoing on counsel for all parties either electronically or by placing a copy of the same in the United States Mail, first class postage prepaid and addressed as follows:

Jennifer A Harris
Attorney for Defendant, Titlemax of Alabama Inc.
BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th St
Birmingham, Al. 35203
(205) 251-3000

John O'Shea Sullivan
Attorney for Defendant, Titlemax of Alabama Inc.
BURR & FORMAN LLP
Suite 1100, 171 Seventeenth St., N.W.
Atlanta, Ga. 30363
(404) 815-3000

Eric N. Durlacher
Attorney for Defendant, Titlemax of Alabama Inc.
BURR & FORMAN LLP
Suite 1100, 171 Seventeenth St., N.W.
Atlanta, Ga. 30363
(404) 815-3000

| Curtis C. Reding, Trustee | Teresa R. Jacobs, Bankruptcy Administrator |
|---|---|
| P.O. Box 173 | One Church St |
| Montgomery, Al. 36104 | Montgomery, Al. 36104 |

/s/    Harvey B. Campbell, Jr.
CAMPBELL & CAMPBELL, P.C.
Attorney for Appellant
P.O. Drawer 756
Talladega, Al. 35161
(256) 761-1858