```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004972
Cashier ID: khaynes
Transaction Date: 05/05/2008
Payer Name: CAMPBELL AND CAMPBELL
--------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: CAMPBELL AND CAMPBELL
 Case/Party: D-ALM-3-07-CV-000233-001
 Amount:         $455.00
--------------------------------------
CHECK
 Check/Money Order Num: 4635
 Amt Tendered: $455.00
--------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

3:07-cv-00233-WKW
```

Gunn v. Title Max of Alabama, Inc.